**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GO DOWNTOWN, LLC,

    Plaintiff,

v.                                        Case No. 11-11719

CITY OF YPSILANTI, et al.,

    Defendants.
                                      /

**ORDER OF VOLUNTARY DISMISSAL**

On August 22, 2011, Plaintiff filed a notice of voluntary dismissal. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Federal Rule of Civil Procedure 41(a)(1)(B).

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: August 25, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 25, 2011, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522